SOPHIE SOLTYS, Appellant, v. JOHN TWOHIG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

VICTORIA KEOSAYIAN, by ANTON BUCHAKJIAN, Her Guardian ad Litem, Respondent, v. VAHAN KEOSAYIAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of Supplementary Proceedings: CHAPIN NATIONAL BANK OF SPRINGFIELD, MASS., Judgment Creditor, Appellant, v. ALBERT H. BRONNER, Judgment Debtor. MANUFACTURERS TRUST COMPANY, Third Party, Respondent; SAMUEL EISEMAN & Co., INC., Third Party, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

STREET & FINNEY, INC., Respondent, v. DENMAN-MYERS CORD TIRE COMPANY and Another, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

CHARLES KAYE REALTY CO., INC., Respondent, v. M. D. MIRSKY & Co., INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

KLASKO FINANCE CORPORATION, Appellant, v. R. HOLDING Co., INC., and Others, Defendants, Impleaded with NETTIE B. MOYSE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

ABRAHAM L. COHEN, Appellant, v. SIMON W. WEXLER, Defendant, Impleaded with JOSEPH TRASTER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

AARON A. GOLDFIELD, Respondent, v. MAX LACHMAN and Others, Appellants.— Order modified by granting the motion to vacate the notice of examination as to item No. 2 thereof, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

ROSALIA REICHENBACH, Respondent, v. JOSEPH REICHENBACH, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.